IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL ANTHONY BROWN,

      Plaintiff,

v.                                                                                          No. 15-cv-0259 SMV

CAROLYN W. COLVIN,
**Acting Commissioner of Social Security Administration,**

      **Defendant.**

## ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING SERVICE OF PROCESS

THIS MATTER is before the Court on Plaintiff's Motion to Proceed In Forma Pauperis . . . [Doc. 2] ("Motion"), filed on March 30, 2015. Plaintiff requests that he be permitted to proceed in accordance with 28 U.S.C. § 1915, to file his Complaint without paying the filing fee, and that the Court direct the United States Marshals Service to serve Defendant. Motion. [Doc. 2]. The Court, being fully advised in the premises FINDS that the Motion is well-taken and should be GRANTED.

**IT THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Motion to Proceed In Forma Pauperis . . . [Doc. 2] is **GRANTED**. Plaintiff may proceed in this action without payment of a filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal Service is directed to serve the summons and complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel of the Social Security Administration.

**IT IS SO ORDERED.**

_____
    **STEPHAN M. VIDMAR**
    **United States Magistrate Judge**