# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**MICHAEL ANTHONY BROWN,**

     **Plaintiff,**

**v.**                                                                    **No. 15-cv-0259 SMV**

**CAROLYN W. COLVIN, Acting Commissioner of
Social Security Administration,**

     **Defendant.**

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for Rehearing with Supporting

Memorandum [Doc. 21] by a Memorandum Opinion and Order, entered concurrently herewith,

     **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered

in favor of Plaintiff.

     **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**